UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TGL MARINE HOLDINGS, ULC,

                Plaintiff(s)

Case No. 13-14734
Honorable Judith E. Levy
Mag. Judge Paul K. Komives

v.

NICHOLSON TERMINAL & DOCK,

                Defendant(s).
_____/

## SCHEDULING ORDER

| EVENT | DEADLINE |
|---|---|
| Joint Telephonic Conference call re Facilitation/Mediation: | To take place on or before October 15, 2014 |
| Initial Disclosures: | October 27, 2014 |
| Witness Lists Exchange Deadline: | November 17, 2014 |
| Joinder of Parties and Amendment of Pleadings: | January 2, 2015 |
| Fact Discovery cutoff: | Friday, April 10, 2015 |
| Initial Expert Reports: | May 8, 2015 |
| Rebuttal Expert Reports: | June 30, 2015 |
| Close of Expert Discovery: | July 31, 2015 |
| Dispositive Motion cutoff: | August 31, 2015 |
| Final Pretrial Order due | January 5, 2016 |
| Final pretrial conference | Tuesday, January 12, 2016 at 2:00 p.m. |
| Trial date | Tuesday, January 19, 2016 at 9:00 a.m. |

| JURY TRIAL |
|---|

                                                /s/Judith E. Levy
                                                JUDITH E. LEVY
                                                United States District Judge

Dated: August 27, 2014


**CERTIFICATE OF SERVICE**

Copies of this Order were served upon attorneys of record on August 27, 2014 by electronic and/or ordinary mail.

                                 /s/Felicia M. Moses
                                 Case Manager