# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TGL Marine Holdings, ULC,

        Plaintiff,

v.

Nicholson Terminal & Dock Co., Dean Marine & Excavating, Inc., DME Leasing, LLC, Benchmark Aviation Marine, LLC, Benchmark Aviation Marine, LLC, and James Nisbet,

        Defendants,

Case No. 13-cv-14734
Hon. Judith E. Levy
Mag. Judge Paul J. Komives

Nicholson Terminal & Dock Co.,

        Third-Party Plaintiff,

v.

Dean Marine & Excavating, Inc., DME Leasing, LLC, and Joseph Plozai,

        Third-Party Defendants.

_____/

**STIPULATED ORDER AMENDING SCHEDULE**

This matter having come before the Court on the stipulation of all parties as evidenced by the signatures of counsel below, and the Court being duly advised;

**IT IS HEREBY ORDERED** that all Scheduling Order (Dkt. 39) dates are adjourned as follows:

| | |
|---|---|
| Fact discovery cut-off: | September 10, 2015 |
| Initial expert reports: | September 29, 2015 |
| Rebuttal expert reports: | October 26, 2015 |
| Close of expert discovery: | November 23, 2015 |
| Dispositive motion cut-off: | December 21, 2015 |
| Final Pretrial Order due: | April 8, 2016 |
| Final Pretrial Conference: | April 18, 2016 at 1:00 p.m. |
| Trial: | May 3, 2016 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: May 18, 2015  　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

2

Stipulated to:

*/s/ Matthew E. Krichbaum*
MATTHEW E. KRICHBAUM (P52491)
Soble Rowe Krichbaum, LLP
221 N. Main St., Suite 200
Ann Arbor, MI 48104
(734) 996–5600
matthew@srkllp.com
**Attorneys for Dean Marine & Excavating and DME Leasing, Inc.**

and

*/s/ Brent L. Riechert*
BRENT L. REICHERT (MN #144630)
Robins Kaplan L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402–2015
(612) 349–8500
blreichert@rkmc.com
**Attorneys for Dean Marine & Excavating and DME Leasing, Inc.**

*/s/ David B. Forest*
DAVID B. FOREST (P43753)
David B. Forest PC
45670 Village Boulevard
Shelby Township, MI 48315
(586) 532–6100
dave@forestlaw.com
**Attorneys for Dean Marine & Excavating and DME Leasing, Inc.**

*/s/ Paul D. Galea*
PAUL D. GALEA (P29250)
Gallagher Sharp
211 West Fort Street, Ste. 660
Detroit, MI 48226
(313) 962–9160
pgalea@gallaghersharp.com
**Attorneys for Nicholson Terminal Dock & Company, Benchmark Aviation Marine, LLC an Illinois Limited Liability Company, Benchmark Aviation Marine, LLC a Michigan Limited Liability Company and James Nisbet**

and

*/s/ Kevin M. Zielke*
KEVIN M. ZIELKE (P53872)
Dykema, Gossett, PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568–6908
kzielke@dykema.com
**Attorneys for Nicholson Terminal Dock & Company, Benchmark Aviation Marine, LLC an Illinois Limited Liability Company, Benchmark Aviation Marine, LLC a Michigan Limited Liability Company and James Nisbet**

3

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 18, 2015.

                                              <u>s/Felicia M. Moses</u>
                                              FELICIA M. MOSES
                                              Case Manager