# EXHIBIT 1

# DME LEASING, LLC

75 AVERY STREET
MT. CLEMENS, MI 48043
Phone (586) 855-6751  Fax (586) 421-5444

**TO:**
Joe Plozai
TGL Marine
PO Box 6349
Plymouth, MI 48170
(734) 284-4064

**FOR:**
SERVICES ON JANE ANNE IV
SEE ATTACHED SHEET

# INVOICE

INVOICE #12911
DATE: DECEMBER 9, 2011

| DESCRIPTION | AMOUNT |
|---|---|
| SERVICES ON THE JANE ANNE IV | $13,429.10 |
| NOVEMBER 4, NOVEMBER 5, NOVEMBER 7, NOVEMBER 11, NOVEMBER 12, NOVEMBER 14 | |
| NOVEMBER 30 | |
| TOTAL | $13,429.10 |

Make all checks payable to **DME LEASING**
Payment is due within 30 days.
If you have any questions concerning this invoice, contact **DEAN WILLIAMS 586-855-6751**

**Thank you for your business!**

DME000001

DME000002

JANE ANNE IV

**SATURDAY 11/5**
8:00 ARRIVAL
    POWER CORD RAN INTO BUILDING CUT BY RAIL OR CRANE
    STARTED DME GENERATOR TO CHARGE BATTERY ON CAT GEN #3
    STARTED CAT GEN #2 DISCOVERED OIL PAN WAS FULL OF DIESEL SPRAYING EVERYWERE
    EMPTIED APPROX 20 GALLONS OUT OF OIL PAN
9:20 STARTED CAT GEN #3 GOT LIGHTING UP FROM ELECTRICAL PANEL #3 HAS OCCASIONAL HICCUP POSSIBLE FUEL ISSUE
9:30 CAT GEN #3 DIAGNOSTIC CODE ON PANEL "AIR INTAKE TEMP" COOLANT AT 205 MANIFOLD AT 196
9:45 CHECKING AND PUTTING WATER PUMPS ON LINE FOR COOLING SYSTEM HIGH COOLANT TEMP CORRECTED
9:50 SHUT DOW CAT GEN #3
    FIRED CAT GEN #2
    FIRED CAT GEN #3
    COOLING SYSTEM PUMP ARE UP AND RUNNING COOLING SYSTEM CHECKED OUT #2 RUNNING PROPER
10:30 SHUT DOWN CAT GEN #2
    NOTE PORT SIDE ENGINE ROOM ACCESS WAY FROM DECK UNDER STEP – OIL LINE NEEDS A PLUG DRIPPING
        CLEANED UP OIL AND TEMP PLUGGED
    NOTE GENN #3 LIGHT BULD (GREEN) LOOKS LIKE NEEDS TO BE REPLACED – LOOKS LIKE LED TYPE
    NOTE CHECKED DRAFT ON PORT HULL BOW AT 18 MARK
11:30 AIR COMPRESSORS
    #1 & #2 RUNNING
    ADDED 1.5 GALLON OIL TO #1 AND .5 GALLON OIL TO #2
    STARTED CHANGE SOM LIGHT BULBS 10-12 FLOURESCENT BURNED OUT – BULBS ON BOARD MAY NEED MORE
11:30 S.W. COOLING SYSTEM CHECKED OUT – CHASE PIPES TO CHECK
12:15 LUNCH
2:30 FINAL CHECKS ON AIR COMP SYSTEM AND TANKS TO AIR UP SYSTEM
    GEN #1 BEING PREPED AND OILED
4:00 STARTED TAKING FUEL SOUNDINGS
4:45 GEN #1 FIRED
    ADJUSTING FUEL – POSSIBLE WATER LEAK AT PUMP
5:12 GEN #1 NOT GETTING GOOD OIL PRESSURE AT TOP OF MOTOR – CHANGE FILTERS TO CORRECT
    PRESSURE GOOD AT GAUGE
5:30 SOUNDING TAPE BROKE – MOST FUEL SOUNDING ARE TAKEN LOOKS LIKE PLENTY OF FUEL ON BOARD
6:00 GEN #1 STILL BEING CHECKED OUT OIL PRESSURE ISSUES STILL PRESENT
    ELECTRICAL LOAD NOT YET PUT ON GEN #1
    NOTE – NEED MORE 2-0 FLOUR LIGHT BULBS TO REPLACE BAD ONES
6:16 GEN #1 LOADED AND CHECKED OUT OIL PRESSURE GOOD
    SYNCHRONIZED WITH CAT GEN #2 SYSTEM WORKING GOOD
6:30 STARTED TO SHUT DOWN
6:58 LOCKED GATE DEPARTURE

DME000003

**MONDAY 11/7**

9:30 ARRIVAL

9:45 FIRED CAT GEN #2 LOADED ELECTRICAL

    AIR SYSTEM / SW COOLING SYSTEM

    REPLACED MORE LIGHT BULBS

10:30 STARTED TO PRELUE MAIN ENGINE PORT SIDE

10:45 TOOK MORE FUEL SOUNDINGS #2P&S AND #3P&S

12:00 LUNCH

12:30 BACK TO MAIN ENGINE PORT #2 CONTINUE PRELUBE AND PRIME FUEL SYSTEM

2:20 MAIN ENGINE #2 PORT STARTED – HAVE TO MANIPULATE GOVERNOR/THROTTLE TO MAINTAIN RUNNING

2:50 MAIN ENGINE #2 PORT RUNNING – STILL HAVING GOVERNOR ISSUES

    DISCOVERED BOAT IN REVERSE – CHECKING AIR AND ELECTRICAL SYSTEMS FOR GEAR

    SEEMS TO HAVE ISSUE IN THE PITCH CONTROL SYSTEM

3:40 MAIN ENGINE #2 STILL STARTING IN REVERSE – NEED TO ADDRESS SERVO PUMS AND OIL SUPPLY

4:00 SHUT DOWN AND DEPART

**FRIDAY 11/11**

9:00 ARRIVAL

9:15 FIRED CAT GEN #3 – BATTERY DEAD – SWITCH AND FIRED CAT GEN #2

    ELECTRICAL AND SW PUMPS UP AND RUNNING

    PREP HYDRAULICS FOR TRANSMISSIONS TO SEE IF CAN GET OUT OF GEAR

10:13 SW PUMPS OPPERATIONAL AND ALL OUTBOARD DISCHARGES OPENED – CHECKED BALLAST LEVELS

11:00 ALARM SOUNDED GEN #2 GETTING WARM – FOUND SW VALVE CLOSED AND OPENED

    RESTARTED CAT #2 SYSTEMS RUNNING AND OK

11:15 HAVE ISSUES KEEPING 2ND MAIN COMPRESSOR RUNNING HAVING ELECTRICAL ISSUES

    HEATING UP NEEDS COOLING SYSTEM PREPED – SEPARATE COOLING SYSTEM FROM GEN SETS

12:00 STILL DIAGNOSING AIR COMP ISSUES

12:30 LUNCH

1:00 STARTED BACK ON FRESH WATER COOLING SYSTEM TO COOL AIR COMPRESSORS / IN FORWARD PORT CORNER

    DISCHRAGED BALLAST WATER TO TRY AND BALANCE TUG

2:00 PUMPED WATER INTO FRESH WATER TANK IN UPPER PORT ENGINE ROOM ACCESS WAY

    ADDED WATER TO PLUS 5 INCHES IN SIGHT GLASS IN WATER TANK – GOT WATER FROM FIRE PUMP

3:00 DEAN & CHRIS STILL WORKING ON WATER AND AIR ISSUES – ED WORKING ON CCP/TRANS SYSTEM

3:10 FIRED GEN #1

3:30 STARTED PRELUBE SYSTEM – OIL IS COLD AND MOVING SLOW

4:00 WORKING ON REVERSE ISSUE

**SATURDAY 11/12**

9:00 ARRIVAL

    STARTED GEN #2 ADDED 2 GALLON ANTIFREEZE TO GEN #2 GEN #3 LEVELS GOOD

9:15 PRELUBE STBD MAIN ENGINE AND WORKING ON CCP SYSTEM

10:00 BLOWDOWN GEN #1 PRE LUBE AND STARTED

10:26 STBD CCP ON LINE

11:00 SWITCHED FROM GEN #2 TO GEN #1

11:50 STILL PREBUE STBD MAIN ENGINE ALMOST NO OIL PRESSURE (STILL TO LOW TO START OIL IS 51 DEG

       GEN 2 WATER TEMP 140
       TRACKING LUBE OIL LINE FOR STBD MAIN ENGINE TO MAKE SURE ALL VALVES OPEN
12:15 LOOKING FOR BYPASS TO WARM LUBE OIL WITH GEN 1 COOLANT TEMP
1:30 STBD MAIN ENGINE STARTED OIL PRESSURE STILL LOW SUPPLIED ONLY BY PRE LUBE PUMP
       STBD MAIN ENGINE OIL PUMP NOT PICKING UP AFTER RUNNING FOR 3 MIN NEEDS TO BE PRIMMED
1:40 STARTED HYD PUMP FOR PIN SYSTEM AND RUN PINS IN AND OUT NO ISSUES
2:00 CHECKED OUT BOILER SYSTEM – BURNER STARTED OK – NO WATER IN SYSTEM – SHUT DOWN
2:30 CLOSED SEA CHESTS
3:00 SHUT DOWN GEN #1
       NOTE NO COOLANT IN PORT/STBD MAIN ENGINE SURGE TANK
       NOTE GEN #3 BATTERIES ARE NO GOOD – NOT HOLDING CHARGE
       NOTE #2 COMP WILL NOT CYCLE
       NOTE STBD MAIN ENGINE STILL NO OIL PRESSURE FROM MECHANICAL OIL PUMP

### MONDAY 11/14
10:00 ARRIVAL
       STARTED GEN #2 / OPEN SEA WATER CHESTS AND PUMP / AIR COMP ON
       START DIAGNOSING SHORE POWER BACK FEEDING – BREAKER MAY HAVE BEEN BUMPED – OFF
       START PREP ON ELECTRICAL FOR CREWS QUARTERS TO BEGIN SYSTEMS TESTING
10:10 BATTERY JUMP CAT GEN #3 TO TRY AND CHARGE "SPARE" BATTERY
10:14 #2 GEN COOLANT 189 MANIFOLD 81 71 OIL PPSI
10:23 FURNACE IN CABIN RESET AND OPERATIONAL
10:29 CHECKED COMPRESSORS IN ROOM BEHIND GALLEY EATING AREA ALL OK
10:30 HEAT IN CREWS QUARTERS IS WARMING UP
10:31 RESET PUSHED ON COMPRESSOR 1 NOW RUNNING
10:33 LETTING AIR COMP 1 AIR UP
10:35 CHECKING OUT WATER SYSTEM IN CREWS QUARTERS TRACING LINES TO HOOK AIR TO THE SYSTEM
10:48 STILL HAVE AIR COMP ISSUES ON #2 – HOOKING UP AIR COMP 1 TO WATER SYSTEM VIA PLUG
       GEN #2 COOLANT AT 190 MANIFOLD 133 OIL PRES 52
11:23 HEAT IN CABIN WORKING FINE – CHECKING CABINS FOR AIR LEAKS
       AIR LEAK IN MESS AREA
12:00 LUNCH
1:00 GALLEY / KITCHEN OK NO APPARENT LEAKS
       DISHWATER LINES OK
       JUST OUTSIDE STBD BREAK ROOM/MESS LEAK IN CEILING
       BOTH 2 CREW ROOMS HAVE MULTIPLE LEAKS
       UPSTAIRS – ENGINEERS ROOM OK
       CHF ENG ROOM OK
       2 CREW ROOMS OK
       COOKS ROOM OK
       2 CREW ROOMS OK
       2 SEAMAN ROOMS OK
       CHF MATE ROOM OK
       CAPTAINS ROOM HAS ISSUES IN BATHROOM SINK
1:20 PREP TO FIRE GEN #3 – GETTING ALARM – BATTERY ISSUES

1:30 CLEANING UP OIL IN ENGINE ROOM ACCESS AREA FROM DECK STBD
2:00 SHUT DOWN AIR TO WATER SYSTEM – WRAPPED UP AIR HOSE
    DEAN WORKING ON GEN #3 DOES NOT WANT TO CHARGE
    GEN #3 FIRED JUMPED BATTERIES
    GEN #2 SHUT DOWN
    GEN #3 RUNNING OK AT TEMPS
2:10 GEN #3 WARMING UP OPENED SEA CHEST TO CORRECT
2:20 START TO WORK ON MAIN ENGINE LUBE OIL PUMP STBD
    PUMPED OIL INTO FILTERS TRIED TO PRIME DID NOT WORK
4:35 SHUT DOWN
5:00 DEPARTURE

### **WENDSDAY 11/30**

9:30 ARRIVAL
    TUG MOVED BACK BY SHORE POWER BUT NOT YET CONNECTED
    START GEN #2
10:00-1:00 WORKING ON STBD OIL ISSUE MAIN ENGINE
1:00 LUNCH
1:30-3:00 MAIN ENGINE STBD OIL ISSUE CORRECTED
3:20 DRAINED WATER TANK IN PORT ENG ROOM ACCESS
    DRAINED BOILER
    DRAINED ALL FIRE LINES ON DECK
    DRAINED AIR COMPRESSORS IN BILGE
3:30 SHUT DOWN HEAT IN CABIN
    GEN #2 SHUT DOWN SHUT DOWN FUEL VALVES
    INBOUND SEA CHESTS ALL CLOSED
    ALL OUTBOUND WATER VALVES CLOSED
    DRAINED MAIN AIR TANK
    MAKE SURE SHORE POWER BREAKER IS OFF
3:55 TIGHTENED STERN LINES & MIDSHIP MOORING LINE
4:00 DEPARTURE